IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LADEN FINANCIAL SERVICES, INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| DIGITAL PARTNERS OF ARKANSAS, INC.; f/k/a RALPH CROY & ASSOCIATES, INC.; and, RALPH CROY | : | NO. 02-4877 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 15th day of January, 2003, upon consideration of the Request for Entry of Judgment by Default filed by plaintiff, De Lage Landen Financial Services, Inc. (Document No. 6, filed November 18, 2002), and Affidavit in Support of Plaintiff's Request for Entry of Default Against Defendant, Ralph Croy (Document No. 9, filed January 10, 2003), it appearing that the said Ralph Croy was served with a Summons and a copy of the Complaint on July 30, 2002, and that he has failed to plead or otherwise defend, and good cause appearing, **IT IS ORDERED** that the Request for Entry of Judgment by Default is **GRANTED** and **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, De Lage Landen Financial Services, Inc., and **AGAINST** defendant, Ralph Croy, in the total amount of $236,074.64, plus interest from November 15, 2002, pursuant to the Lease at issue in the case.[1]

---

[1] The Judgment of $236,074.64 consists of the following:

| | |
|---|---:|
| Accelerated debt: | $208,504.59 |
| Interest from March 11, 2002 to November 15, 2002 | 25,020.55 |
| Attorney's Fees | 2,399.50 |
| Filing Fee | 150.00 |
| TOTAL | $236,074.64 |

**IT IS FURTHER ORDERED** that the case shall proceed against the remaining defendant, Digital Partners of Arkansas, Inc., f/k/a Ralph Croy & Associates, Inc., in accordance with the Scheduling Order dated December 20, 2002.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**