IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| Plaintiff | : : | No. 02-CV-4877 |
| v. | : : | |
| DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC. AND RALPH CROY, | : : : | Judge DuBois |
| Defendants | | |

**ENTRY OF AND WITHDRAWAL APPEARANCES ON BEHALF OF PLAINTIFF**

TO THE CIVIL CLERK:

    Kindly enter the appearances of Robert E. Walton and Robert R. Watson, Jr. on behalf of Plaintiff in the above-referenced matter. Please withdraw the appearance of Christopher C. Negrete.

**FLAMM, BOROFF & BACINE, PC**
**Union Meeting Corporate Center**
**925 Harvest Drive, Suite 220**
**Blue Bell, PA 19422**
**(215) 239-6000**
**(215) 239-6060 (fax)**

**DATE: 6/6/3**

By: _____
    **ROBERT E. WALTON, Pa. #15922**

By: _____
    **ROBERT R. WATSON, JR., Pa. #83787**

By: _____
    **CHRISTOPHER C. NEGRETE, Pa. #86152**

135397 v2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| Plaintiff | : : | No. 02-CV-4877 |
| v. | : : | |
| DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC. AND RALPH CROY, | : : : | Judge DuBois |
| Defendants | | |

### CERTIFICATE OF SERVICE

This it to certify that a true and correct copy of the foregoing Entry and Withdrawal of Appearances was served via first class mail, postage prepaid upon the following individual:

David Chanin, Esquire
Tannenbaum & Chanin, LLP
1515 Market Street, 10th Floor
Philadelphia, PA  19102

Ralph Croy
21718 Peach Tree Lane
Hensley, AR  72065-9658

FLAMM, BOROFF & BACINE, PC

DATE:  6/6/3

By:_____
ROBERT E. WALTON, ID No. 15922
ROBERT R. WATSON, JR., ID No. 83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
Blue Bell, PA  19422
(215) 239-6000
(215) 239-6060 (fax)
Attorneys for Plaintiff

135397 v2