IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| Plaintiff | : : | No. 02-CV-4877 |
| v. | : : | |
| DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC. AND RALPH CROY, | : : : | Judge DuBois |
| Defendants | | |

## SUGGESTION OF BANKRUPTCY

It is suggested that Defendant, Digital Partners, Inc. f/k/a Ralph Croy & Associates, Inc., is the subject of a Chapter 11 Bankruptcy filed in the United States Bankruptcy Court for the Eastern District of Arkansas, Case No. 03-14639.

**FLAMM, BOROFF & BACINE, PC**

**DATE: 6/11/3**

**By:** //Robert R. Watson, Jr.//
ROBERT E. WALTON
ROBERT R. WATSON, JR.
Atty. ID Nos. 15922/83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
(215) 239-6000
(215) 239-6060 (fax)
Attorneys for Plaintiff

103790 v2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
|     Plaintiff | : : | No. 02-CV-4877 |
| v. | : : | |
| DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC. AND RALPH CROY, | : : | Judge DuBois |
|     Defendants | | |

**CERTIFICATE OF SERVICE**

This it to certify that a true and correct copy of the foregoing Suggestion of Bankruptcy was served via first class mail, postage prepaid upon the following individual:

David Chanin, Esquire
Tannenbaum & Chanin, LLP
1515 Market Street, 10th Floor
Philadelphia, PA  19102

Ralph Croy
21718 Peach Tree Lane
Hensley, AR  72065-9658

**FLAMM, BOROFF & BACINE, PC**

**DATE:  6/11/3**

By:      //Robert R. Watson, Jr.//
**ROBERT E. WALTON, ID No. 15922
ROBERT R. WATSON, JR., ID No. 83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
Blue Bell, PA  19422
(215) 239-6000
(215) 239-6060 (fax)**
Attorneys for Plaintiff

103790 v2