IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LADEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DIGITAL PARTNERS OF ARKANSAS, INC.; f/k/a RALPH CROY & ASSOCIATES, INC.; and, RALPH CROY | : | NO. 02-4877 |
| Defendants. | : | |

## O R D E R

**AND NOW,** this 18th day of June, 2003, upon consideration of the Suggestion of Bankruptcy of defendant, Digital Partners of Arkansas, Inc., f/k/a Ralph Croy & Associates, Inc. (Document No. 12, filed June 11, 2003), the Court noting from the Suggestion of Bankruptcy that defendant, Digital Partners of Arkansas, Inc., f/k/a Ralph Croy & Associates, Inc., filed a Petition in Bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Arkansas, Case No. 02-04877, and that, pursuant to § 362 of the United States Bankruptcy Code, all proceedings against Digital Partners of Arkansas, Inc., f/k/a Ralph Croy & Associates, Inc., are automatically stayed, and good cause appearing, **IT IS ORDERED** as follows:

1. All proceedings are **STAYED** until further order of the Court;

2. The case shall be **TRANSFERRED** by the Clerk of Court to the **CIVIL SUSPENSE FILE**;

3. The case shall be **MARKED CLOSED FOR STATISTICAL PURPOSES** by the Clerk of Court; and,

      4. The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

      **IT IS FURTHER ORDERED** that the entry of this Order is **WITHOUT PREJUDICE** to the rights of the parties.

      **IT IS FURTHER ORDERED** that the parties, through counsel, shall file and serve joint status reports at four (4) month intervals or more frequently if warranted by the circumstances. One (1) copy of each status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                        **BY THE COURT:**

                                          **JAN E. DUBOIS, J.**