DATE OF NOTICE:  April 28, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LADEN FINANCIAL SERVICES, INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| DIGITAL PARTNERS OF ARKANSAS, INC.; f/k/a RALPH CROY & ASSOCIATES, INC.; and, RALPH CROY | : | NO. 02-4877 |
| Defendants. | : | |

## NOTICE

Please be advised that a **SCHEDULING CONFERENCE** will be held by telephone on **Tuesday, May 18, 2004 at 3:30 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Michael Coyle
Deputy Clerk to Judge DuBois
267-299-7339