IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br>     Plaintiff <br><br> v. <br><br> DIGITAL PARTNERS OF ARKANSAS, INC., <br>     Defendant | CIVIL ACTION <br><br> No. 02-4877 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated May 18, 2004 following a scheduling conference with the parties, Plaintiff and counsel of record for Defendant Digital Partners of Arkansas, Inc. ("Digital") report as follows:

1. Counsel for Defendant cannot reach his client, and intends to file a motion to withdraw as counsel.

2. Plaintiff requests this matter be kept on the Court's active docket as Plaintiff verifies the asset viability of the corporation. Plaintiff anticipates that this search will be complete before close of discovery on August 20, 2004.

3. Plaintiff requests that this matter remain on the Court's trial list for October 29, 2004. In the event it is determined that Defendant is no longer a viable business entity, Plaintiff will withdraw its action without prejudice in advance of the close of discovery.

FLAMM, BOROFF & BACINE, PC

By: _____
ROBERT E. WALTON
ROBERT R. WATSON, JR.
Counsel for Plaintiff

TANNENBAUM & CHANIN, LLP

By: _____
E. DAVID CHANIN
Counsel for Defendant
Digital Partners of Arkansas, Inc.

179281 v1