## CERTIFICATE OF SERVICE

I, Mary E. Brundage, hereby certify that I caused a copy of the foregoing Motion of E. David Chanin For Leave To Withdraw Appearance for Defendant Digital Partners of Arkansas, Inc. to be served by United States mail, first class, postage prepaid, upon the following:

>Robert R. Watson, Jr., Esquire
>Flamm, Boroff & Bacine, P.C.
>925 Harvest Drive, Suite 220
>Blue Bell, PA 19422
>
>Digital Partners of Arkansas, Inc.
>c/o James R. Young
>7701 Tall Timber Lane
>Pine Bluff, AR 71603
>
>Ed Daniel, IV, Esquire
>Ed Daniel, IV, P.A.
>10310 West Markham
>Suite 203
>Little Rock, AR 72205

_____
Mary E. Brundage

Dated: September 7, 2004

-4-