IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LADEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DIGITAL PARTNERS OF ARKANSAS, INC.; f/k/a RALPH CROY & ASSOCIATES, INC.; and, RALPH CROY | : | NO. 02-4877 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 7th day of September, 2004, following a scheduling conference by telephone with counsel for the parties on said date, **IT IS ORDERED** that the case is **SPECIALLY LISTED** for non-jury trial on Monday, November 1, 2004, at 2:30 P.M., in Courtroom 12-B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The following attorneys are **ATTACHED** for trial:

Robert R. Watson, Jr., Esquire, Counsel for Plaintiff; and,

E. David Chanin, Esquire, Counsel for Defendant.

The trial is expect to take one-half (½) day to complete.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**