IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>    Plaintiff<br><br>    v.<br><br>DIGITAL PARTNERS OF ARKANSAS, INC.<br>F/K/A RALPH CROY & ASSOCIATES, INC.<br>    Defendant | No. 02-CV-4877<br><br><br><br>Judge DuBois |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES INCURRED

I, Robert E. Walton, being first duly sworn do depose and say:

1. I am the attorney for Plaintiff in the above action.

2. The contract between the parties, as averred in Plaintiff's Complaint, provides for reasonable attorneys' fees and costs.

3. I, or someone under my supervision, have performed a total of 39.60 hours of legal services as counsel for DLL, for which DLL has incurred attorney charges of $6623.50. The filing fee for the Complaint was $150.00 for a total amount of fees and costs of $6773.50. Attached hereto are detailed statements of services from the law firm of Flamm, Boroff, & Bacine, PC.

4. The statements were prepared by me or pursuant to my supervision and direction.

5. The statement and the information contained therein was prepared at or about the time that the services were performed.

6. The statement was prepared in the ordinary course of the law firm's business.

7. The rate charged for our services was and is $200-$205 per hour for myself, $130-$150 per hour for Christopher C. Negrete, $210.00 per hour for Frank P. Spada, $165.00 per hour for William B. Callahan, and $170-$180 for Robert R. Watson, Jr.; all rates are those charged this particular plaintiff, a large, multi-case client; said rates are below the firm's normal hourly rates.

8. The legal services performed and the rates charged were fair and reasonable.

9. I have personal knowledge of the facts stated in this affidavit.

187633 v1

10. Defendant is indebted to Plaintiff in the amount of:

Principal due per Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $208,504.59

Interest from March 11, 2002 default date (per Complaint)
($208,504.59 x .18 x 964/365 days) . . . . . . . . . . . . . . . . . . . . . . . . $99,122.52

Attorneys' fees per Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6623.50

Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 150.00

total $314,400.61

Sworn to and subscribed
before me this  /  day
of November, 2004

_____
NOTARY PUBLIC

_____
Robert E. Walton

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J KIMKER, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires November 25, 2007

187633 v1

```
Date: 11/01/04                    TABS III Detail Work-In-Process Report                              Page: 1
                                        Flamm, Boroff & Bacine, PC

Primary Timekeeper: 7 Robert E. Walton

Client: 1618.70336C   De Lage Landen Financial Services,Inc.        Contact: Donna Pierri Milius
DE LAGE LANDEN F      Croy Print Shop/Ralph Croy and Associates Inc Office:  610-651-5841
                                                                    Fax:     610-651-5804
Primary Timekeeper:       7 REW    Category:  17 Civil Litigation-Hourly    24311848, 24369285,
Secondary Timekeeper:    26 CCN    Rate Code: 1  Draft: REW    Final: REW   24387421, 24388507
Originating Timekeeper:   7 REW                       Date Opened: 07/02/02
                                                                            Prev Balance:      307.46
```

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Hours | Amount | Write Up/Down | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fees | | | | | | | | | | | | | | |
| 11/14/02 | 7 REW | 17 | | | | | | 61 | 2 | 205.00 | 0.70 | 143.50 | | Detailed telephone conference with Cherin, attorney for Croy; review offer of 200k; update DLL |
| 11/15/02 | 26 CCN | 17 | | | | | | 8 | 1 | 150.00 | 1.00 | 150.00 | | Draft Request for Entry of Default Judgment; conference with Robert E. Walton, Esquire |
| 11/15/02 | 7 REW | 17 | | | | | | 61 | 3 | 205.00 | 0.60 | 123.00 | | Telephone conference with Digital attorney regarding settlement (3x) |
| 11/18/02 | 7 REW | 17 | | | | | | 19 | 4 | 205.00 | 0.40 | 82.00 | | Review 200k offer; telephone conference with Chevrin; update DLL |
| 11/26/02 | 26 CCN | 17 | | | | | | 138 | 5 | 150.00 | 0.30 | 45.00 | | Review file; conference with Robert E. Walton, Esquire |
| 12/10/02 | 7 REW | 17 | | | | | | 61 | 7 | 205.00 | 0.40 | 82.00 | | Telephone conference with Weiss regarding settlement |
| 12/11/02 | 7 REW | 17 | | | | | | 19 | 9 | 205.00 | 0.60 | 123.00 | | Review file; telephone conference with opposing counsel |
| 12/12/02 | 26 CCN | 17 | | | | | | 45 | 6 | 150.00 | 0.20 | 30.00 | | Conference with Robert E. Walton, Esquire |
| 12/12/02 | 7 REW | 17 | | | | | | 61 | 10 | 205.00 | 0.50 | 102.50 | | Telephone conference with opposing counsel to settle; review file |
| 12/17/02 | 26 CCN | 17 | | | | | | 138 | 8 | 150.00 | 0.60 | 90.00 | | Review file; prepared Conference Information Report; drafted Discovery Plan; left message for attorney for lessee |
| 12/18/02 | 26 CCN | 17 | | | | | | 61 | 11 | 150.00 | 0.80 | 120.00 | | Telephone conference with attorney for lessee; drafted Proposed Discovery Plan; e-mail to attorney |
| 12/19/02 | 26 CCN | 17 | | | | | | 8 | 12 | 150.00 | 0.30 | 45.00 | | Draft Case Information Report; reviewed Case Information Report from attorney for lessee |
| 12/20/02 | 26 CCN | 17 | | | | | | 138 | 13 | 150.00 | 0.70 | 105.00 | | Review file; telephone conference with Judge DuBois |
| 01/02/03 | 26 CCN | 17 | | | | | | 138 | 14 | 150.00 | 0.50 | 75.00 | | Review file; drafted Affidavit in Support of Request for Default; e-mail to Sandy Zibelman of DLL |
| 01/02/03 | 26 CCN | 17 | | | | | | 19 | 15 | 150.00 | 0.20 | 30.00 | | Review Scheduling Order from Court |
| 01/06/03 | 26 CCN | 17 | | | | | | 19 | 16 | 150.00 | 0.40 | 60.00 | | Review Notices of Depositions; reviewed file; called and left message for attorney for lessee |
| 01/08/03 | 26 CCN | 17 | | | | | | 19 | 17 | 150.00 | 0.60 | 90.00 | | Review Affidavit from Sandy Zibelman of DLL; prepared for filing; left message for attonrey for lessee |
| 01/10/03 | 26 CCN | 17 | | | | | | 61 | 18 | 150.00 | 0.70 | 105.00 | | Telephone conference with attorney for lessee re depositions; call from attorney in Arkansas; participated in deposition via telephone |
| 01/14/03 | 26 CCN | 17 | | | | | | 138 | 19 | 150.00 | 0.50 | 75.00 | | Review file; reviewed docket entries; conference with Attorney Walton |
| 01/15/03 | 26 CCN | 17 | | | | | | 61 | 20 | 150.00 | 0.30 | 45.00 | | Telephone conference with Sandy Zibelman of DLL; reviewed file; e-mail to Sandy |
| 01/22/03 | 26 CCN | 17 | | | | | | 19 | 21 | 150.00 | 0.10 | 15.00 | | Review Default Order |
| 03/14/03 | 26 CCN | 17 | | | | | | 138 | 22 | 150.00 | 0.20 | 30.00 | | Review file |
| 03/27/03 | 26 CCN | 17 | | | | | | 138 | 23 | 150.00 | 0.20 | 30.00 | | Review file |
| 06/06/03 | 17 RRW | 17 | | | | | | 19 | 24 | 170.00 | 1.80 | 306.00 | | Review file; prepare & ECF File, Entry of Appearance and Withdrawal of Appearance: Calendar dates from scheduled Order. |
| 06/10/03 | 17 RRW | 17 | | | | | | 19 | 25 | 170.00 | 0.50 | 85.00 | | Review Avr. Bankruptcy filings; memo to Chammin. |
| 06/11/03 | 17 RRW | 17 | | | | | | 1 | 26 | 170.00 | 0.80 | 136.00 | | suggestion of bankruptcy serve on counsel |
| 06/16/03 | 46 WBC | 17 | | | | | | 19 | 27 | 165.00 | 0.80 | 132.00 | | Review file; pacer research |
| 06/16/03 | 17 RRW | 17 | | | | | | 52 | 28 | 170.00 | 0.50 | 85.00 | | Letter to DuBois re: status order |
| 06/17/03 | 46 WBC | 17 | | | | | | 61 | 29 | 165.00 | 0.20 | 33.00 | | Telephone conference with TX attorney |
| 06/17/03 | 17 RRW | 17 | | | | | | 45 | 30 | 170.00 | 0.60 | 102.00 | | Conference with Judge DuBois chambers; review 41.1 |
| 06/19/03 | 26 CCN | 17 | | | | | | 60 | 31 | 150.00 | 0.10 | 15.00 | | E-mail from USDC |
| 06/23/03 | 17 RRW | 17 | | | | | | 19 | 32 | 170.00 | 0.20 | 34.00 | | Review bankruptcy filing and forward to WBC |
| 06/24/03 | 46 WBC | 17 | | | | | | 19 | 33 | 165.00 | 0.20 | 33.00 | | Review file |
| 07/02/03 | 17 RRW | 17 | | | | | | 104 | 34 | 170.00 | 0.10 | 17.00 | | Memo to WBC and update chart |
| 07/18/03 | 46 WBC | 17 | | | | | | 19 | 35 | 150.00 | 0.40 | 60.00 | | Review file; pacer research; call M. Burr Keim |
| 07/30/03 | 46 WBC | 17 | | | | | | 19 | 36 | 150.00 | 0.20 | 30.00 | | Review UCC searches; prepare Proofs of Claim |
| 10/16/03 | 17 RRW | 17 | | | | | | 1 | 37 | 170.00 | 0.80 | 136.00 | | Locate file for update to SJ Dubois; letter to court |
| 02/11/04 | 17 RRW | 17 | | | | | | 104 | 38 | 170.00 | 0.10 | 17.00 | | Memo to WBC re: status |
| 04/21/04 | 17 RRW | 17 | | | | | | 1 | 39 | 170.00 | 1.10 | 187.00 | | Review bankr. & civil suspense rules. |
| 04/27/04 | 17 RRW | 17 | | | | | | 52 | 40 | 170.00 | 0.60 | 102.00 | | Letter to Du Bois - remove from civil suspense docket |
| 05/03/04 | 17 RRW | 17 | | | | | | 1 | 41 | 170.00 | 0.10 | 17.00 | | Schedule conference calendar |
| 05/18/04 | 17 RRW | 17 | | | | | | 1 | 42 | 170.00 | 0.90 | 153.00 | | Prepare for scheduling conference; conference with Court and update chart |
| 05/21/04 | 17 RRW | 17 | | | | | | 19 | 43 | 170.00 | 0.20 | 34.00 | | Review scheduling order and calendar |
| 07/15/04 | 17 RRW | 17 | | | | | | 19 | 44 | 180.00 | 0.50 | 90.00 | | Review order re: joint stipulation status; review |

EXHIBIT A

```
Date: 11/01/04                       TABS III Detail Work-In-Process Report                        Page: 2
                                            Flamm, Boroff & Bacine, PC

Primary Timekeeper: 7 Robert E. Walton

Client: 1618.70336C De Lage Landen Financial Services,Inc.   (Continued)

                   H T B R                                        Write
Date      Tmkr Cat Src P X C C Tcode Ref #    Rate  Hours  Amount Up/Down  Description
                                                                           of Charin comments and file
07/15/04  17 RRW 17               45      45 180.00 0.50    90.00          Conference with Charin re: joint stipulation;
                                                                           update REW; prepare stipulation
07/26/04  17 RRW 17                1      46 180.00 0.30    54.00          Follow up with REW re: asset availability and
                                                                           suit - worthiness; update chart
07/28/04  17 RRW 17               19      47 180.00 0.20    36.00          Review Hydrasearch
08/07/04  17 RRW 17              104      48 180.00 0.10    18.00          Memo to REW on Hydrasearch
08/17/04  17 RRW 17               45      49 180.00 0.20    36.00          Conference with REW re: continuance of action
09/06/04  17 RRW 17              104      50 180.00 0.10    18.00          Memo to REW re: status conference
09/07/04  17 RRW 17               45      51 180.00 0.90   162.00          Conference call to SJ DuBois; conference with
                                                                           Chanin; telecon; review motion to withdraw
09/09/04  17 RRW 17                1      52 180.00 0.20    36.00          Calendar trial; memo to AM
10/13/04  17 RRW 17               19      53 180.00 0.30    54.00          Review old scheduling orders and special listing
                                                                           order for default hearing
10/27/04  17 RRW 17               45      54 180.00 0.20    36.00          Conference with Chambers re: telecon status;
                                                                           conference; update Hornung
10/27/04  17 RRW 17                1      55 180.00 0.60   108.00          Message for Hornung; review file for status
                                                                           conference telecon
10/28/04  17 RRW 17                1      56 180.00 0.20    36.00          Call from Hornung - update re: hearing

Total Billable Fees                                25.30  4284.00

Billable Total     7 Robert E. Walton               3.20   656.00

Billable Total    17 Robert R. Watson, Jr.         12.60  2185.00

Billable Total    26 Christopher C. Negrete         7.70  1155.00

Billable Total    46 William B. Callahan            1.80   288.00


Advances
07/15/04   7 REW    A       7  76   16               0.14          Online legal research. Pacer Service Center
09/30/04   7 REW    A       7  76   14               0.08          Online legal research. Pacer Service Center
09/30/04   7 REW    A       7  76   15               0.56          Online legal research. Pacer Service Center

Total Advances                                       0.78

Payments
09/24/04                       93       2 Apply to: 66111
                                                  -152.96          Reimbursement for Advanced Costs

Total Payments                                    -152.96

                   ******** R E C A P ********

Fees:          4284.00
Expenses:         0.00    Prev Bal:    307.46
Advances:         0.78    Pymt/Cr:    -152.96
Total WIP:     4284.78    Bal Due:     154.50        Total:    4439.28

A/R:  0-30     31-60      61-90        91-120      121-180       181+
      0.00      0.00     154.50          0.00         0.00       0.00
```

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

```
                                                              Page: 1
De Lage Landen Financial Services, Inc.              September 01, 2004
1111 Old Eagle School Road                      Account No: 1618-70336C
Wayne   PA   19087-6608                          Invoice No:      67200

Attn: Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507
```

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Advances

| Date | Description | Amount |
|---|---|---:|
| 07/15/04 | Online legal research. ChoicePoint Public Records Inc. - corporate search | 4.50 |
| 07/28/04 | Sheriff's fee/service asset search Hydra Recoveries | 150.00 |
| | **Total Advances** | 154.50 |
| | **Total Current Work** | 154.50 |
| | **Previous Balance** | $152.96 |
| | **Balance Due** | $307.46 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

```
                                                                        Page: 1
De Lage Landen Financial Services, Inc.                         August 01, 2004
1111 Old Eagle School Road                             Account No: 1618-70336C
Wayne  PA  19087-6608                                  Invoice No:       66111

Attn: Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

          Payment is requested upon receipt of this invoice.
          Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.
          Tax ID# 23-2864510
```

                                    Advances

| | | |
|---|---|---|
| 07/28/04 | Outside professional fee Hydra Recoveries; online search | 152.96 |
| | **Total Advances** | 152.96 |
| | **Total Current Work** | 152.96 |
| | **Previous Balance** | $92.50 |

                                    Payments

| | | |
|---|---|---|
| 05/04/04 | Reimbursement for Advanced Costs | -92.50 |
| | **Balance Due** | $152.96 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

|  |  |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne  PA  19087-6608 | Page: 1<br>March 01, 2004<br>**Account No:** 1618-70336C<br>**Invoice No:**       62012 |

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Advances

| Date | Description | Amount |
|---|---|---|
| 06/06/03 | Online legal research. Pacer Service Center |  |
| 06/10/03 | Online legal research. Pacer Service Center |  |
| 06/10/03 | Online legal research. Pacer Service Center |  |
| 07/29/03 | M. Burr Keim - Ralph Croy & Assoc - AR UCC Search and Copies | 92.50 |
|  | **Total Advances** | 92.50 |
|  | **Total Current Work** | 92.50 |
|  | **Balance Due** | **$92.50** |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

**ATTORNEYS AT LAW**

Union Meeting Corporate Center • 925 Harvest Drive, Suite 220 • Blue Bell, PA 19422
Voice (215) 239-6000 • Facsimile (215) 239-6060

New Jersey Office
1030 Laurel Oak Road, Suite 2 • Voorhees, New Jersey 08034
Voice (609) 627-0900

|  |  |
|---|---|
| | Page: 1 |
| De Lage Landen Financial Services, Inc. | June 11, 2003 |
| 1111 Old Eagle School Road | **Account No:** 1618-70336C |
| Wayne  PA  19087-6608 | **Invoice No:**      52677 |

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

|  |  |  |
|---|---|---|
| **Previous Balance** | | $2,399.50 |
| | Payments | |
| 03/25/03   Fee Payment | | -2,399.50 |
| **Balance Due** | | $0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

**ATTORNEYS AT LAW**

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

```
                                                                Page: 1
De Lage Landen Financial Services, Inc.              November 15, 2002
1111 Old Eagle School Road                     Account No: 1618-70336C
Wayne   PA   19087-6608                        Invoice No:       45765

Attn: Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507
```

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/13/02 | REW | Examine Stock Purchase Agreement and claims against Croy and Digital Partners - 24369295, et al; telephone conference | 200.00 | 1.60 | 320.00 |
| 06/25/02 | REW | Review documents; telephone conference | 200.00 | 0.60 | 120.00 |
| 06/26/02 | REW | Telephone conference; review case materials | 200.00 | 0.60 | 120.00 |
| 06/27/02 | REW | Telephone conference (3x); review new file documents | 200.00 | 1.00 | 200.00 |
| 07/08/02 | CCN | Review file; drafted Complaint; searched for addresses | 130.00 | 0.60 | 78.00 |
| 07/09/02 | CCN | Draft EDPA Complaint; searched Coast to Coast for address of personal guarantor | 130.00 | 2.50 | 325.00 |
| 07/10/02 | FPS | Review file documents and review and revise Complaint | 210.00 | 0.60 | 126.00 |
| 07/11/02 | CCN | Review and revise EDPA Complaint; prepared Complaint for filing with the Court | 130.00 | 1.20 | 156.00 |
| 08/08/02 | CCN | Draft Affidavit of Service | 130.00 | 0.20 | 26.00 |

De Lage Landen Financial Services, Inc.

Page: 2
November 15, 2002
Account No: 1618-70336C
Invoice No: 45765

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/09/02 | CCN | Draft Affidavit of Service | 150.00 | 0.20 | 30.00 |
| 08/19/02 | CCN | Telephone call from attorney for lessee; drafted Stipulation for extension of time; faxed Stipulation to attorney; reviewed fax from attorney | 150.00 | 0.60 | 90.00 |
| 08/20/02 | CCN | Review Stipulation from attonrey for lessee; prepared Stipulation for filing | 150.00 | 0.20 | 30.00 |
| 08/27/02 | CCN | Review approved Stipulation | 150.00 | 0.10 | 15.00 |
| 09/04/02 | CCN | Telephone conference with attorney in Philadelphia regarding status of case | 150.00 | 0.20 | 30.00 |
| 09/09/02 | CCN | Telephone call from attorney for lessee; reviewed file | 150.00 | 0.20 | 30.00 |
| 09/11/02 | CCN | Draft Stipulation for Extension of Time; faxed to attorney for lessee; call from attorney; called attorney; revised Stipulation; faxed revised Stipulation; call from attonrey; e-mail to attorey | 150.00 | 0.80 | 120.00 |
| 09/13/02 | CCN | Review signed Stipulation and prepared for filing | 150.00 | 0.10 | 15.00 |
| 10/10/02 | FPS | Phone discussion with opposing Attorney Chenin re Digital Answer and case issues | 210.00 | 0.60 | 126.00 |
| 10/15/02 | CCN | Review file; reviewed Answer and Crossclaim of lessee | 150.00 | 0.50 | 75.00 |
| 11/08/02 | REW | Review file in detail; telephone conference; telephone conference with opposing counsel; telephone conference; settlement discussion with opposing counsel | 205.00 | 1.50 | 307.50 |
| 11/14/02 | CCN | Reviewed file re: default | 150.00 | 0.40 | 60.00 |
| | | For Current Services Rendered | | 14.30 | 2,399.50 |
| | | **Total Current Work** | | | 2,399.50 |
| | | **Balance Due** | | | $2,399.50 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>　　　Plaintiff | No. 02-CV-4877 |
| v. | |
| DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC.<br>　　　Defendant | Judge DuBois |

### CERTIFICATE OF SERVICE

Pursuant to the Court's Electronic Case Filing Procedures, no. 7(b), the undersigned counsel hereby states that the document has been filed electronically and is available for viewing and downloading from the ECF system. Defendant's counsel, E. David Chanin, received notice of this filing through electronic service.

DATE: 11/1/4

FLAMM, BOROFF & BACINE, PC

BY: _____
ROBERT E. WALTON
ROBERT R. WATSON, JR.
Atty. ID Nos. 15922/83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
Blue Bell, PA 19422
(215) 239-6000
(215) 239-6060 (fax)
Attorneys for Plaintiff

187633 v1