IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>    Plaintiff<br><br>v.<br><br>DIGITAL PARTNERS OF ARKANSAS, INC. F/K/A RALPH CROY & ASSOCIATES, INC.<br>    Defendant | :<br>:<br>:  No. 02-CV-4877<br>:<br>:<br>:<br>:  Judge DuBois<br>: |

## AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES INCURRED

I, Robert E. Walton, being first duly sworn do depose and say:

1.    I am the attorney for Plaintiff in the above action.

2.    The contract between the parties, as averred in Plaintiff's Complaint, provides for reasonable attorneys' fees and costs.

3.    I, or someone under my supervision, have performed a total of 39.60 hours of legal services as counsel for DLL, for which DLL has incurred attorney charges of $6623.50. The filing fee for the Complaint was $150.00 for a total amount of fees and costs of $6773.50. Attached hereto are detailed statements of services from the law firm of Flamm, Boroff, & Bacine, PC.

4.    The statements were prepared by me or pursuant to my supervision and direction.

5.    The statement and the information contained therein was prepared at or about the time that the services were performed.

6.    The statement was prepared in the ordinary course of the law firm's business.

7.    The rate charged for our services was and is $200-$205 per hour for myself, $130-$150 per hour for Christopher C. Negrete, $210.00 per hour for Frank P. Spada, $165.00 per hour for William B. Callahan, and $170-$180 for Robert R. Watson, Jr.; all rates are those charged this particular plaintiff, a large, multi-case client; said rates are below the firm's normal hourly rates.

8.    The legal services performed and the rates charged were fair and reasonable.

9.    I have personal knowledge of the facts stated in this affidavit.

187633 v1

10. Defendant is indebted to Plaintiff in the amount of:

Principal due per Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $222,152.45

Interest from March 11, 2002 default date (per Complaint)
($222,152.45 x .18 x 964/365 days) . . . . . . . . . . . . . . . . . . . . . . . . $105,610.67

Attorneys' fees per Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $6623.50

Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      150.00

total  $334,536.62

Sworn to and subscribed
before me this ___ day
of November, 2004

_____
NOTARY PUBLIC

_____
Robert E. Walton

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J. KIMKER, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires November 25, 2007

187633 v1

```
Date: 11/01/04                  TABS III Detail Work-In-Process Report                              Page: 1
                                        Flamm, Boroff & Bacine, PC

Primary Timekeeper: 7 Robert E. Walton

Client: 1618.70336C   De Lage Landen Financial Services,Inc.        Contact: Donna Pierri Milius
DE LAGE LANDEN F      Croy Print Shop/Ralph Croy and Associates Inc Office: 610-651-5841
                                                                       Fax: 610-651-5804
Primary Timekeeper:        7 REW   Category:  17 Civil Litigation-Hourly      24311848, 24369285,
Secondary Timekeeper:     26 CCN   Rate Code: 1  Draft: REW   Final: REW      24387421, 24388507
Originating Timekeeper:    7 REW                 Date Opened: 07/02/02
                                                                          Prev Balance:        307.46

                           H T B R                                Write
Date        Tmkr  Cat Src  P X C C  Tcode Ref #  Rate    Hours   Amount   Up/Down  Description

Fees
11/14/02    7 REW  17              61       2  205.00    0.70    143.50            Detailed telephone conference with Cherin,
                                                                                   attorney for Croy; review offer of 200k; update
                                                                                   DLL
11/15/02   26 CCN  17               8       1  150.00    1.00    150.00            Draft Request for Entry of Default Judgment;
                                                                                   conference with Robert E. Walton, Esquire
11/15/02    7 REW  17              61       3  205.00    0.60    123.00            Telephone conference with Digital attorney
                                                                                   regarding settlement (3x)
11/18/02    7 REW  17              19       4  205.00    0.40     82.00            Review 200k offer; telephone conference with
                                                                                   Chevrin; update DLL
11/26/02   26 CCN  17             138       5  150.00    0.30     45.00            Review file; conference with Robert E. Walton,
                                                                                   Esquire
12/10/02    7 REW  17              61       7  205.00    0.40     82.00            Telephone conference with Weiss regarding
                                                                                   settlement
12/11/02    7 REW  17              19       9  205.00    0.60    123.00            Review file; telephone conference with opposing
                                                                                   counsel
12/12/02   26 CCN  17              45       6  150.00    0.20     30.00            Conference with Robert E. Walton, Esquire
12/12/02    7 REW  17              61      10  205.00    0.50    102.50            Telephone conference with opposing counsel to
                                                                                   settle; review file
12/17/02   26 CCN  17             138       8  150.00    0.60     90.00            Review file; prepared Conference Information
                                                                                   Report; drafted Discovery Plan; left message for
                                                                                   attorney for lessee
12/18/02   26 CCN  17              61      11  150.00    0.80    120.00            Telephone conference with attorney for lessee;
                                                                                   drafted Proposed Discovery Plan; e-mail to
                                                                                   attorney
12/19/02   26 CCN  17               8      12  150.00    0.30     45.00            Draft Case Information Report; reviewed Case
                                                                                   Information Report from attorney for lessee
12/20/02   26 CCN  17             138      13  150.00    0.70    105.00            Review file; telephone conference with Judge
                                                                                   DuBois
01/02/03   26 CCN  17             138      14  150.00    0.50     75.00            Review file; drafted Affidavit in Support of
                                                                                   Request for Default; e-mail to Sandy Zibelman of
                                                                                   DLL
01/02/03   26 CCN  17              19      15  150.00    0.20     30.00            Review Scheduling Order from Court
01/06/03   26 CCN  17              19      16  150.00    0.40     60.00            Review Notices of Depositions; reviewed file;
                                                                                   called and left message for attorney for lessee
01/08/03   26 CCN  17              19      17  150.00    0.60     90.00            Review Affidavit from Sandy Zibelman of DLL;
                                                                                   prepared for filing; left message for attonrey
                                                                                   for lessee
01/10/03   26 CCN  17              61      18  150.00    0.70    105.00            Telephone conference with attorney for lessee re
                                                                                   depositions; call from attorney in Arkansas;
                                                                                   participated in deposition via telephone
01/14/03   26 CCN  17             138      19  150.00    0.50     75.00            Review file; reviewed docket entries; conference
                                                                                   with Attorney Walton
01/15/03   26 CCN  17              61      20  150.00    0.30     45.00            Telephone conference with Sandy Zibelman of DLL;
                                                                                   reviewed file; e-mail to Sandy
01/22/03   26 CCN  17              19      21  150.00    0.10     15.00            Review Default Order
03/14/03   26 CCN  17             138      22  150.00    0.20     30.00            Review file
03/27/03   26 CCN  17             138      23  150.00    0.20     30.00            Review file
06/06/03   17 RRW  17              19      24  170.00    1.80    306.00            Review file; prepare & ECF File, Entry of
                                                                                   Appearance and Withdrawal of Appearance:
                                                                                   Calendar dates from scheduled Order.
06/10/03   17 RRW  17              19      25  170.00    0.50     85.00            Review Avr. Bankruptcy filings; memo to Chammin.
06/11/03   17 RRW  17               1      26  170.00    0.80    136.00            suggestion of bankruptcy serve on counsel
06/16/03   46 WBC  17              19      27  165.00    0.80    132.00            Review file; pacer research
06/16/03   17 RRW  17              52      28  170.00    0.50     85.00            Letter to DuBois re: status order
06/17/03   46 WBC  17              61      29  165.00    0.20     33.00            Telephone conference with TX attorney
06/17/03   17 RRW  17              45      30  170.00    0.60    102.00            Conference with Judge DuBois chambers; review
                                                                                   41.1
06/19/03   26 CCN  17              60      31  150.00    0.10     15.00            E-mail from USDC
06/23/03   17 RRW  17              19      32  170.00    0.20     34.00            Review bankruptcy filing and forward to WBC
06/24/03   46 WBC  17              19      33  165.00    0.20     33.00            Review file
07/02/03   17 RRW  17             104      34  170.00    0.10     17.00            Memo to WBC and update chart
07/08/03   46 WBC  17              19      35  150.00    0.40     60.00            Review file; pacer research; call M. Burr Keim
07/30/03   46 WBC  17              19      36  150.00    0.20     30.00            Review UCC searches; prepare Proofs of Claim
10/16/03   17 RRW  17               1      37  170.00    0.80    136.00            Locate file for update to SJ Dubois; letter to
                                                                                   court
02/11/04   17 RRW  17             104      38  170.00    0.10     17.00            Memo to WBC re: status
04/21/04   17 RRW  17               1      39  170.00    1.10    187.00            Review bankr. & civil suspense rules.
04/27/04   17 RRW  17              52      40  170.00    0.60    102.00            Letter to Du Bois - remove from civil suspense
                                                                                   docket
05/03/04   17 RRW  17               1      41  170.00    0.10     17.00            Schedule conference calendar
05/18/04   17 RRW  17               1      42  170.00    0.90    153.00            Prepare for scheduling conference; conference
                                                                                   with Court and update chart
05/21/04   17 RRW  17              19      43  170.00    0.20     34.00            Review scheduling order and calendar
07/15/04   17 RRW  17              19      44  180.00    0.50     90.00            Review order re: joint stipulation status; review
```

EXHIBIT A

```
Date: 11/01/04                        TABS III Detail Work-In-Process Report                      Page: 2
                                            Flamm, Boroff & Bacine, PC

Primary Timekeeper: 7 Robert E. Walton

Client: 1618.70336C De Lage Landen Financial Services,Inc.  (Continued)

                         H T B R                                         Write
Date        Tmkr Cat Src P X C C Tcode Ref #    Rate  Hours    Amount   Up/Down  Description

                                                                                 of Charin comments and file
07/15/04   17 RRW  17                45    45  180.00  0.50     90.00            Conference with Charin re: joint stipulation;
                                                                                 update REW; prepare stipulation
07/26/04   17 RRW  17                 1    46  180.00  0.30     54.00            Follow up with REW re: asset availability and
                                                                                 suit - worthiness; update chart
07/28/04   17 RRW  17                19    47  180.00  0.20     36.00            Review Hydrasearch
08/07/04   17 RRW  17               104    48  180.00  0.10     18.00            Memo to REW on Hydrasearch
08/17/04   17 RRW  17                45    49  180.00  0.20     36.00            Conference with REW re: continuance of action
09/06/04   17 RRW  17               104    50  180.00  0.10     18.00            Memo to REW re: status conference
09/07/04   17 RRW  17                45    51  180.00  0.90    162.00            Conference call to SJ DuBois; conference with
                                                                                 Chanin; telecon; review motion to withdraw
09/09/04   17 RRW  17                 1    52  180.00  0.20     36.00            Calendar trial; memo to AM
10/13/04   17 RRW  17                19    53  180.00  0.30     54.00            Review old scheduling orders and special listing
                                                                                 order for default hearing
10/27/04   17 RRW  17                45    54  180.00  0.20     36.00            Conference with Chambers re: telecon status;
                                                                                 conference; update Hornung
10/27/04   17 RRW  17                 1    55  180.00  0.60    108.00            Message for Hornung; review file for status
                                                                                 conference telecon
10/28/04   17 RRW  17                 1    56  180.00  0.20     36.00            Call from Hornung - update re: hearing

Total Billable Fees                                   25.30   4284.00

Billable Total    7 Robert E. Walton                   3.20    656.00

Billable Total   17 Robert R. Watson, Jr.             12.60   2185.00

Billable Total   26 Christopher C. Negrete             7.70   1155.00

Billable Total   46 William B. Callahan                1.80    288.00


Advances
07/15/04    7 REW     A     7   76   16                          0.14            Online legal research. Pacer Service Center
09/30/04    7 REW     A     7   76   14                          0.08            Online legal research. Pacer Service Center
09/30/04    7 REW     A     7   76   15                          0.56            Online legal research. Pacer Service Center

Total Advances                                                   0.78

Payments
09/24/04                            93          2 Apply to: 66111
                                                              -152.96            Reimbursement for Advanced Costs

Total Payments                                                -152.96

                        ******** R E C A P ********

Fees:            4284.00
Expenses:           0.00     Prev Bal:    307.46
Advances:           0.78     Pymt/Cr:    -152.96
Total WIP:       4284.78     Bal Due:     154.50         Total:     4439.28

A/R:  0-30         31-60         61-90         91-120       121-180       181+
      0.00          0.00        154.50           0.00          0.00       0.00
```

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

|  |  |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne  PA  19087-6608 | Page: 1<br>September 01, 2004<br>**Account No:** 1618-70336C<br>**Invoice No:**        67200 |

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Advances

| Date | Description | Amount |
|---|---|---|
| 07/15/04 | Online legal research. ChoicePoint Public Records Inc. - corporate search | 4.50 |
| 07/28/04 | Sheriff's fee/service asset search Hydra Recoveries | 150.00 |
|  | **Total Advances** | 154.50 |
|  | **Total Current Work** | 154.50 |
|  | **Previous Balance** | $152.96 |
|  | **Balance Due** | $307.46 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

**ATTORNEYS AT LAW**

Union Meeting Corporate Center • 925 Harvest Drive, Suite 220 • Blue Bell, PA 19422
Voice (215) 239-6000 • Facsimile (215) 239-6060

New Jersey Office
1030 Laurel Oak Road, Suite 2 • Voorhees, New Jersey 08034
Voice (609) 627-0900

```
                                                                  Page: 1
De Lage Landen Financial Services, Inc.                   August 01, 2004
1111 Old Eagle School Road                          Account No: 1618-70336C
Wayne   PA  19087-6608                              Invoice No:       66111
```

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Advances

| Date | Description | Amount |
|---|---|---|
| 07/28/04 | Outside professional fee Hydra Recoveries; online search | 152.96 |
| | **Total Advances** | 152.96 |
| | **Total Current Work** | 152.96 |
| | **Previous Balance** | $92.50 |

### Payments

| 05/04/04 | Reimbursement for Advanced Costs | -92.50 |
|---|---|---|
| | **Balance Due** | **$152.96** |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

Union Meeting Corporate Center • 925 Harvest Drive, Suite 220 • Blue Bell, PA 19422
Voice (215) 239-6000 • Facsimile (215) 239-6060

New Jersey Office
1030 Laurel Oak Road, Suite 2 • Voorhees, New Jersey 08034
Voice (609) 627-0900

|  |  |
|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne  PA  19087-6608 | Page: 1<br>March 01, 2004<br>**Account No:** 1618-70336C<br>**Invoice No:**       62012 |

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Advances

| Date | Description | Amount |
|---|---|---:|
| 06/06/03 | Online legal research. Pacer Service Center | |
| 06/10/03 | Online legal research. Pacer Service Center | |
| 06/10/03 | Online legal research. Pacer Service Center | |
| 07/29/03 | M. Burr Keim - Ralph Croy & Assoc - AR UCC Search and Copies | 92.50 |
| | **Total Advances** | 92.50 |
| | **Total Current Work** | 92.50 |
| | **Balance Due** | **$92.50** |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

**ATTORNEYS AT LAW**

Union Meeting Corporate Center • 925 Harvest Drive, Suite 220 • Blue Bell, PA 19422
Voice (215) 239-6000 • Facsimile (215) 239-6060

New Jersey Office
1030 Laurel Oak Road, Suite 2 • Voorhees, New Jersey 08034
Voice (609) 627-0900

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne   PA   19087-6608

Page: 1
June 11, 2003
**Account No:** 1618-70336C
**Invoice No:**          52677

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

|          |                                   |            |
|----------|-----------------------------------|-----------:|
|          | **Previous Balance**              | $2,399.50  |
|          | Payments                          |            |
| 03/25/03 | Fee Payment                       | -2,399.50  |
|          | **Balance Due**                   | $0.00      |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

UNION MEETING CORPORATE CENTER • 925 HARVEST DRIVE, SUITE 220 • BLUE BELL, PA 19422
VOICE (215) 239-6000 • FACSIMILE (215) 239-6060

NEW JERSEY OFFICE
1030 LAUREL OAK ROAD, SUITE 2 • VOORHEES, NEW JERSEY 08034
VOICE (609) 627-0900

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne  PA  19087-6608

Page: 1
November 15, 2002
**Account No:** 1618-70336C
**Invoice No:**      45765

**Attn:** Donna Pierri Milius

Croy Print Shop/Ralph Croy and Associates Inc
24311848, 24369285,
24387421, 24388507

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

### Fees

|            |     |                                                                                                                              | Rate   | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 06/13/02   | REW | Examine Stock Purchase Agreement and claims against Croy and Digital Partners - 24369295, et al; telephone conference          | 200.00 | 1.60  | 320.00 |
| 06/25/02   | REW | Review documents; telephone conference                                                                                        | 200.00 | 0.60  | 120.00 |
| 06/26/02   | REW | Telephone conference; review case materials                                                                                   | 200.00 | 0.60  | 120.00 |
| 06/27/02   | REW | Telephone conference (3x); review new file documents                                                                          | 200.00 | 1.00  | 200.00 |
| 07/08/02   | CCN | Review file; drafted Complaint; searched for addresses                                                                        | 130.00 | 0.60  | 78.00  |
| 07/09/02   | CCN | Draft EDPA Complaint; searched Coast to Coast for address of personal guarantor                                               | 130.00 | 2.50  | 325.00 |
| 07/10/02   | FPS | Review file documents and review and revise Complaint                                                                         | 210.00 | 0.60  | 126.00 |
| 07/11/02   | CCN | Review and revise EDPA Complaint; prepared Complaint for filing with the Court                                                | 130.00 | 1.20  | 156.00 |
| 08/08/02   | CCN | Draft Affidavit of Service                                                                                                    | 130.00 | 0.20  | 26.00  |

```
                                                                    Page: 2
   De Lage Landen Financial Services, Inc.                November 15, 2002
                                                     Account No: 1618-70336C
                                                     Invoice No:       45765

   Croy Print Shop/Ralph Croy and Associates Inc
   24311848, 24369285,
   24387421, 24388507
                                                       Rate    Hours
08/09/02 CCN Draft Affidavit of Service              150.00     0.20     30.00

08/19/02 CCN Telephone call from attorney for lessee;
             drafted Stipulation for extension of
             time; faxed Stipulation to attorney;
             reviewed fax from attorney              150.00     0.60     90.00

08/20/02 CCN Review Stipulation from attonrey for
             lessee; prepared Stipulation for filing 150.00     0.20     30.00

08/27/02 CCN Review approved Stipulation             150.00     0.10     15.00

09/04/02 CCN Telephone conference with attorney in
             Philadelphia regarding status of case   150.00     0.20     30.00

09/09/02 CCN Telephone call from attorney for lessee;
             reviewed file                           150.00     0.20     30.00

09/11/02 CCN Draft Stipulation for Extension of Time;
             faxed to attorney for lessee; call from
             attorney; called attorney; revised
             Stipulation; faxed revised Stipulation;
             call from attonrey; e-mail to attorey   150.00     0.80    120.00

09/13/02 CCN Review signed Stipulation and prepared
             for filing                              150.00     0.10     15.00

10/10/02 FPS Phone discussion with opposing Attorney
             Chenin re Digital Answer and case issues 210.00    0.60    126.00

10/15/02 CCN Review file; reviewed Answer and
             Crossclaim of lessee                    150.00     0.50     75.00

11/08/02 REW Review file in detail; telephone
             conference; telephone conference with
             opposing counsel; telephone conference;
             settlement discussion with opposing
             counsel                                 205.00     1.50    307.50

11/14/02 CCN Reviewed file re: default               150.00     0.40     60.00

             For Current Services Rendered                     14.30  2,399.50

             Total Current Work                                       2,399.50

             Balance Due                                             $2,399.50
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>    Plaintiff | No. 02-CV-4877 |
| v. | |
| DIGITAL PARTNERS OF ARKANSAS, INC.<br>F/K/A RALPH CROY & ASSOCIATES, INC.<br>    Defendant | Judge DuBois |

### CERTIFICATE OF SERVICE

Pursuant to the Court's Electronic Case Filing Procedures, no. 7(b), the undersigned counsel hereby states that the document has been filed electronically and is available for viewing and downloading from the ECF system. Defendant's counsel, E. David Chanin, received notice of this filing through electronic service.

DATE: 11/1/4

FLAMM, BOROFF & BACINE, PC

BY: _____
ROBERT E. WALTON
ROBERT R. WATSON, JR.
Atty. ID Nos. 15922/83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
Blue Bell, PA  19422
(215) 239-6000
(215) 239-6060 (fax)
Attorneys for Plaintiff

187633 v1